

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     *Guillermo Puente v. Alicia Marie Puente*

Appellate case number:   01-18-00583-CV

Trial court case number: 2018-34059

Trial court:             280th District Court of Harris County

      Guillermo Puente has filed a Motion to Remove Filings From Website, in which he requests that "all filings made in the above styled cause number be removed from the website." His motion is DISMISSED because this court lacks jurisdiction to hear motions in this appeal due to the expiration of the court's plenary power. *See* TEX. R. APP. P. 19.1(a), 19.3.

Justice's signature:   /s/ Gordon Goodman
                   Acting individually

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.

Date:  March 12, 2020